IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 152

| | |
|---|---|
| MARY ANN HURTADO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| INDONESIAN MUSIC, a Maryland ) | |
| Corporation d/b/a "TEMPEH ONLINE," ) | |
| NIRMALA PANE a/k/a NIRMALA PANE ) | |
| BRAAM d/b/a "TEMPEH ONLINE," and ) | |
| SMILING HARA, LLC, a North Carolina ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Mark C. Kurdys' Motion to Allow Admission of William D. Marler to Practice Pro Hac Vice (#6). It appearing that William D. Marler is a member in good standing with the Washington State Bar and will be appearing with Mark C. Kurdys, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Mark C. Kurdys' Motion to Allow Admission of William D. Marler to Practice Pro Hac Vice (#6) is **GRANTED**, and that William D. Marler is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Mark C. Kurdys.

Signed: July 19, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge