THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12-cv-00152-MR-DLH

| | |
|---|---|
| MARY ANN HURTADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| INDONESIAN MUSIC, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 7, 2012, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by November 28, 2012. [Doc. 18 at 2, 7]. To date, no such report has been filed. In addition, the deadline for the completion of such mediation was set in the Pretrial Order to be July 15, 2013. To date no report of such mediation has been filed with the Court.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator, and the results of the mediation in this matter within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 12, 2013

Martin Reidinger
United States District Judge