THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00152-MR-DLH

| | |
|---|---|
| MARY ANN HURTADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| INDONESIAN MUSIC d/b/a "TEMPEH ) | |
| ONLINE"; NIRMALA PANE a/k/a ) | |
| NIRMALA PANE BRAAM d/b/a ) | |
| "TEMPEH ONLINE"; and SMILING ) | |
| HARA, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Voluntary Dismissal Without Prejudice as to Defendant Smiling Hara, LLC [Doc. 25].

For the reasons stated in the Plaintiff's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 25] is **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE** as against the Defendant Smiling Hara, LLC.

**IT IS SO ORDERED.**     Signed: October 29, 2013

Martin Reidinger
United States District Judge